of respondent DeMont R. D. Conner for leave to proceed *in forma pauperis* granted.

No. 93–8730. GILES *v.* ALABAMA, 512 U. S. 1213. Respondent is requested to file a response to the petition for rehearing within 30 days.

No. 93–9122. RODENBAUGH *v.* OTT (two cases). C. A. 3d Cir.; and

No. 94–5059. JONES *v.* SCHULZE, DIRECTOR, MISSOURI DEPARTMENT OF SOCIAL SERVICES, DIVISION OF FAMILY SERVICES, ET AL. C. A. 8th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioners are allowed until October 24, 1994, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.

No. 93–9758. FERRAN ET AL. *v.* TOWN OF NASSAU, NEW YORK, ET AL. C. A. 2d Cir.;

No. 94–5291. BAASCH *v.* REYER ET AL. C. A. 2d Cir.; and

No. 94–5769. BAILEY *v.* BAILEY. Ct. Sp. App. Md. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until October 24, 1994, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.

No. 94–3. REYNOLDSVILLE CASKET CO. ET AL. *v.* HYDE. Sup. Ct. Ohio. Motion of Dalkon Shield Claimants Trust for leave to file a brief as *amicus curiae* granted.

No. 94–197. ANDERSON, DIRECTOR, CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, ET AL. *v.* GREEN ET AL. C. A. 9th Cir. Motions of United States Justice Foundation and Washington Legal Foundation for leave to file briefs as *amici curiae* granted.

No. 93–9439. IN RE ZOLICOFFER;
No. 93–9670. IN RE VARGAS;
No. 93–9738. IN RE SEAGRAVE;
No. 94–5261. IN RE HUTCHINGS VON LUDWITZ;
No. 94–5336. IN RE CRUMB;
No. 94–5545. IN RE MARTINEZ;
No. 94–5581. IN RE HARRELL;
No. 94–5608. IN RE GOSSAGE ET AL.;
No. 94–5685. IN RE JONES; and